No. 421. LOUIS SCHRIJVER, ADOLPH KRIJN, AND LEHMAN RUDOLPH KRIJN, COPARTNERS, *v.* HOWARD SUTHERLAND, ALIEN PROPERTY CUSTODIAN. October 31, 1927. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. Sidney P. Simpson, Goldthwaite H. Dorr* and *Robert F. Cogswell* for

petitioners. *Solicitor General Mitchell, Assistant Attorney General Farnum* and *Mr. Dean H. Stanley* for respondent.

———

